USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

**10 CRIM 354**

| DOCKET NUMBERS *(Tran. Court)* |
|---|
| 0314-3:CR-01-00137-003 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Sydney Scales | DISTRICT Middle/Pennsylvania | DIVISION Scranton |
|---|---|---|
| | NAME OF SENTENCING DISTRICT JUDGE The Honorable Richard P. Conaboy | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/25/2010 — TO 2/24/2015 |

**OFFENSES**

Conspiracy to Distribute and Possess with Intent to Distribute Heroin – 21 U.S.C. § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

*JUDGE CROTTY*

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF PENNSYLVANIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF NEW YORK** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/13/10
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW YORK**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

2 2 APR 2010
Effective Date

_[signature]_
United States ~~District~~ Judge